# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| STACEY BROWN, JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-841-R |
| TIM WILKERSON, Warden, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered November 25, 2015. Doc. No. 9. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this matter is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 21st day of December, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE